FILED
February 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:09-mj-67 DAD |
| Plaintiff, ) | |
| v. ) | ORDER OF RELEASE |
| ) | |
| Pedro Armienta, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize the immediate release of Pedro Armienta  Case 2:09-mj-67 DAD for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of _____

_ Unsecured bond in the amount of.

_ Appearance Bond with 10% Deposit

_ Appearance Bond secured by Real Property

_ Corporate Surety Bail Bond

X (Other) CASE DISMISSED

Issued at Sacramento, CA on 2/26/09 at 2:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge